IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-438-GCM

| | | |
|---|---|---|
| RICHARD DEAN SMITH, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | ADMISSION PRO HAC VICE |
| STERLING INFOSYSTEMS, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Geoffrey H. Baskerville** to appear *Pro Hac Vice*, dated October 25, 2011 [doc.# 8].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Baskerville has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: October 31, 2011

Graham C. Mullen
United States District Judge