IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-CV-438-DSC

| | |
|---|---|
| RICHARD DEAN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STERLING INFOSYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court, <u>sua sponte</u>, regarding the status of the case. The parties have advised the Court that they have settled all matters in controversy.

Therefore, this matter is **DISMISSED** subject to the right of any party to file a motion to reopen the case should settlement not be consummated by September 17, 2012. All pending motions are **TERMINATED**, and the jury trial set for Monday, September 10, 2012, shall be removed from the Court's calendar. The parties are directed to file their Stipulation of Dismissal on or before September 17, 2012.

The Clerk is further directed to send copies of this Order to counsel for the parties..

**SO ORDERED**.

Signed: August 16, 2012

David S. Cayer
United States Magistrate Judge